UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DIRECTV**, Inc., a California corporation,

    Plaintiff,

v.                                                CASE NO.    3:04-cv-516-J-99MCR

**SAMUEL M. HOWARD,**

    Defendant.

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion for Entry of Final Default Judgment (Dkt. 7). From the record herein, the Court finds the following:

The Complaint in this case alleges that Defendant ordered and received a pirate access device. The Complaint also alleges that Defendant possessed all of the digital system hardware necessary to modify Plaintiff's access card and did intercept Plaintiff's encrypted satellite transmission of television programs without authorization and payment to Plaintiff. Defendant has not responded to the Complaint and was defaulted on November 3, 2004. Therefore, the allegations are deemed admitted. The Court finds that statutory damages of $3,000.00 are justified and appropriate under the circumstances of this case. Therefore, it is

**ORDERED**:

1. The Motion for Entry of Default Judgment (Dkt. 7) is **GRANTED as follows:** Plaintiff shall have and recover from Defendant statutory damages of $3,000.00 and attorney's fees and costs of $850.00. The Clerk shall enter final default judgment in favor of Plaintiff, Directv, Inc., and against Defendant, Samuel M. Howard, in the amount of $3,850.00.

2. Defendant is permanently enjoined and restrained from importing, possessing or using any device to unlawfully take, use or steal Plaintiff's satellite television transmissions.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 20th day of July, 2005.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:
Counsel of Record
*Pro se* Defendant